UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62318-CIV-ZLOCH

CYRILLON ARISMA and WILBERT
BAPTISTE,

      Plaintiffs,

**FINAL ORDER OF DISMISSAL**

vs.

ULLOA GROUP ENTERPRISES II,
INC., ULLOA GROUP ENTERPRISES
III, INC., and ANTONIO ULLOA,

      Defendants.
_____/

THIS MATTER is before the Court upon the Joint Motion To Approve Settlement, Dismiss With Prejudice And Retain Jurisdiction To Enforce Settlement (DE 19) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement Agreement (DE 19-1), and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion To Approve Settlement, Dismiss With Prejudice And Retain Jurisdiction To Enforce Settlement (DE 19) filed herein by all Parties be and the same is hereby **GRANTED**;

2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (19-1) be and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court retains jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___1st___ day of February, 2016.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record